IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:14-CV-129 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **Approximately $16,500.00 in United States Currency,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of June, 2015, upon consideration of the motion (Docs. 14, 17) filed by Ernesto Ruiz, Eusebia Ruiz, and Ely Feliz Ruiz, seeking the return of property and the award of attorneys fees, litigation expenses, and interest, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Docs. 14, 17) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania